# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael A. Grover d/b/a M&G Transporation<br>      Heidi Faith Grover<br>                Debtor(s) | BK NO. 22-00424 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                            Respectfully submitted,

                                    /s/ *Rebecca Solarz*
                                    Rebecca Solarz
                                    13 Apr 2022, 09:53:16, EDT


                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  215-627-1322