# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael A. Grover, dba M & G Transportation, | Chapter 13 |
| **Debtor 1** | Case No. 1:22–bk–00424–HWV |
| Heidi Faith Grover, | |
| **Debtor 2** | |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on March 7, 2022. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 17, 2022

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael A. Grover<br>d/b/a M&G Transportation<br>**Debtor 1**<br>Heidi Faith Grover<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:22-BK-00424-HWV<br><br>**Matter:** Order Confirming Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, June 17, 2022, I served a true and correct copy of the **Order Confirming Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing            AmeriCredit Financial Services, Inc. dba GM   AmeriCredit Financial Services, Inc. dba GM
0314-1                                     4000 Embarcadero Dr.                          P O Box 183853
Case 1:22-bk-00424-HWV                     Arlington, TX 76014-4101                      Arlington, TX 76096-3853
Middle District of Pennsylvania
Harrisburg
Fri Jun 17 10:16:20 EDT 2022

U.S. Bankruptcy Court                      (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN   Discover Bank
Ronald Reagan Federal Building             PO BOX 183853                                   Discover Products Inc
228 Walnut St, Rm 320                      ARLINGTON TX 76096-3853                         PO Box 3025
Harrisburg, PA 17101-1737                                                                  New Albany Ohio 43054-3025


Discover Bank                              Fairville Partnership, LP                     GM Financial
PO Box 3025                                4 Hillman Drive                               PO Box 181145
New Albany, OH 43054-3025                  Chadds Ford, PA 19317-9780                    Arlington, TX 76096-1145


Orrstown Bank                              (p)PNC BANK RETAIL LENDING                    United States Trustee
77 East King Street                        P O BOX 94982                                 228 Walnut Street, Suite 1190
Shippensburg, PA 17257-1351                CLEVELAND OH 44101-4982                       Harrisburg, PA 17101-1722


Heidi Faith Grover                         (p)JACK N  ZAHAROPOULOS                       Michael A. Grover
PO Box 219                                 ATTN CHAPTER 13 TRUSTEE                       PO Box 219
Fayetteville, PA 17222-0219                8125 ADAMS DRIVE SUITE A                      Fayetteville, PA 17222-0219
                                           HUMMELSTOWN PA 17036-8625


Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AmeriCredit Financial Services, Inc.       (d)AmeriCredit Financial Services, Inc.       PNC Bank, NA
dba GM Financial                           dba GM Financial                              2730 Liberty Avenue
4000 Embarcadero Dr.                       P O Box 183853                                Pittsburgh, PA 15222
Arlington, TX 76014                        Arlington, TX 76096


(d)PNC Bank, National Association          Jack N Zaharopoulos (Trustee)
Attn: Bankruptcy Dept.                     Standing Chapter 13 Trustee
3232 Newmark Drive                         8125 Adams Drive, Suite A
Miamisburg, OH 45342                       Hummelstown, PA 17036
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC BANK, NATIONAL ASSOCIATION        (d)AmeriCredit Financial Services, Inc. dba G      End of Label Matrix
                                         P O Box 183853                                     Mailable recipients   15
                                         Arlington, TX 76096-3853                           Bypassed recipients    2
                                                                                            Total                 17
```