Certificate Number: 12433-PAM-DE-039280642

Bankruptcy Case Number: 22-00424


12433-PAM-DE-039280642

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 27, 2025, at 5:11 o'clock PM EST, Michael Grover completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 27, 2025

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher