United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-00424-HWV
Michael A. Grover  Chapter 13
Heidi Faith Grover
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: May 15, 2025    Form ID: ordsmiss    Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Grover, Heidi Faith Grover, PO Box 219, Fayetteville, PA 17222-0219 |
| 5463855 | + | Fairville Partnership, LP, 4 Hillman Drive, Chadds Ford, PA 19317-9780 |
| 5463857 | + | Orrstown Bank, 77 East King Street, Shippensburg, PA 17257-1351 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | May 15 2025 22:38:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5477172 | | EDI: PHINAMERI.COM | May 15 2025 22:38:00 | AmeriCredit Financial Services, Inc., dba GM Financial, 4000 Embarcadero Dr., Arlington, TX 76014 |
| 5466149 | | EDI: PHINAMERI.COM | May 15 2025 22:38:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5464753 | + | EDI: PHINAMERI.COM | May 15 2025 22:38:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5463854 | | EDI: DISCOVER | May 15 2025 22:38:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5465104 | | EDI: DISCOVER | May 15 2025 22:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 5463856 | + | EDI: PHINAMERI.COM | May 15 2025 22:38:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5463858 | | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2025 18:41:00 | PNC Bank, NA, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 5472233 | | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2025 18:41:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michael A. Grover pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Heidi Faith Grover pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael A. Grover,<br>dba M & G Transportation, | Chapter 13 |
| **Debtor 1** | Case No. 1:22−bk−00424−HWV |
| Heidi Faith Grover, | |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 15, 2025

ordsmiss (05/18)